# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  
ANGELA LYNN FRAZIER  
4057 GARRARD DR  
OBETZ, OH  43207

Case No:   09-65117

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-4546

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   February 03, 2011

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ANGELA LYNN FRAZIER<br>4057 GARRARD DR<br>OBETZ, OH  43207 | 57.96 |